RECEIVED
MAY 18 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| STEPHAN DARDAR | CIVIL ACTION 6:09-cv-1967 (LEAD) 6:09-CV-1968 (MEMBER) |
| VERSUS | JUDGE DOHERTY |
| CITY OF MORGAN CITY, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, to the extent the plaintiffs have asserted claims against the City of Morgan City and claims against Mayor Matte and Chief Christy, in their official capacities, the defendants' motions (Rec. Doc. 5 in Docket No. 09-cv-1967; Rec. Doc. 4 in Docket No. 09-cv-1968) are **GRANTED**, and those claims are dismissed; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the plaintiffs are granted leave to amend their complaints, not later than fourteen days

after the date of this judgment, to assert any facts they might have against Mayor Matte or Chief Christy that would support a claim against them in their individual capacities.

Lafayette, Louisiana, this 18 day of May, 2010.

_____
Rebecca F. Doherty
United States District Judge