UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STEPHAN DARDAR, ET AL. | CIVIL ACTION NO. 6:09-cv-01967 (Lead) |
| | 6:09-cv-01968 (Member) |
| VERSUS | MAGISTRATE JUDGE HANNA |
| CITY OF MORGAN CITY, ET AL. | BY CONSENT OF THE PARTIES |

### ORDER OF DISMISSAL

This Court having been advised by the parties that these consolidated cases have settled,

IT IS ORDERED that this consolidated action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within sixty days, to reassert the claims if settlement is not consummated.

IT IS FURTHER ORDERED that the parties are to submit to this Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within sixty days of entry of this judgment.

This Court retains jurisdiction over the settlement of this matter under *Kokkenen v. Guardian Life*, 511 U.S. 375 (1994).

Signed at Lafayette, Louisiana, this 10th day of August 2012.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE